# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN McCULLOUGH, | ) 1:09-cv-01996 AWI GSA |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING APPLICATION TO<br>) PROCEED IN FORMA PAUPERIS |
| CLOVIS POLICE DEPARTMENT, | ) (Document 2) |
| Defendant. | ) |

By application filed November 13, 2009, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted a declaration that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:   November 18, 2009**                    **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE